# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2342<br><br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:13-cv-02291-CMR,<br>*Breaux, et al. v. Pfizer, Inc.* |  |

## STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

The parties, Kathleen Breaux (the "Mother Plaintiff"), Individually and as Parent and Natural Guardian of A.B., a minor (the "Minor Plaintiff") (together, "Plaintiffs"), and Defendant Pfizer Inc. ("Defendant"), hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, without prejudice and without costs or fees to any party, subject to Plaintiffs' agreement that any re-filing of any claims against the Defendant will be in federal court only and that Plaintiffs will not oppose transfer of any re-filed action to this MDL for pre-trial proceedings.

DATED: December 6, 2013

/s/ Perry R. Sanders, Jr.
Perry R. Sanders, Jr.
SANDERS LAW FIRM, LLC
219 W. Colorado Ave., Suite 110
Colorado Springs, CO 80903
Telephone: (719) 630-1556
Facsimile: (719) 630-7004
perry@perrysanderslaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorneys for Defendant Pfizer Inc.*

1

**SO ORDERED** this 13th day of Dec., 2013.

_____
HON. CYNTHIA M. RUFE

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

DATED: December 6, 2013

/s/ Perry R. Sanders, Jr.
Perry R. Sanders, Jr.
SANDERS LAW FIRM, LLC
219 W. Colorado Ave., Suite 110
Colorado Springs, CO 80903
Telephone: (719) 630-1556
Facsimile: (719) 630-7004
perry@perrysanderslaw.com

*Attorneys for Plaintiffs*